UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJA AHMED, ) | CASE NO. C07-1219-RSM-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER TO SHOW CAUSE |
| ) | |
| ALBERTO R. GONZALES, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

On August 6, 2007, petitioner Raja Ahmed, with the assistance of the Federal Public Defender, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his indefinite detention by the United States Immigration and Customs Enforcement ("ICE") pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Dkt. #3). On August 7, 2007, the Court ordered respondents to file a Return and Status Report ("RSR") in response to petitioner's habeas petition no later than September 9, 2007. (Dkt. #6). As of the date of this Order, respondents have neither filed the RSR, nor moved for an extension of time in which to do so. Accordingly, respondents are hereby ORDERED to show cause within **ten (10)** calendar days of the date on which this Order is signed why petitioner's § 2241 petition should not be granted. The Clerk is directed to

ORDER TO SHOW CAUSE
PAGE -1

send a copy of this Order to all counsel of record, and to the Honorable Ricardo S. Martinez.

DATED this 12th day of September, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2