District Judge Ricardo S. Martinez
Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RAJA AHMED,<br>No A 44-901-503<br><br>    Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, *et al.*,<br><br>    Respondents. | NO. C07-1219-RSM-MAT<br><br>STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE RETURN AND STATUS REPORT |

The parties having stipulated to an extension of time to September 17, 2007 for Respondents' filing of the Return and Status Report,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this <u>13th</u> day of September, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

STIPULATION FOR EXTENSION OF TIME FOR
RESPONDENTS TO FILE RETURN AND
STATUS REPORT -- 1
(Raja Ahmed; C07-1219-RSM-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

Presented by:

| 9/12/07 | /s Jay W. Stansell |
|---|---|
| DATED | Jay W. Stansell, WSBA No. 18752<br>Assistant Federal Public Defender |

Chris Kerkering, WSBA No. 31818
Staff Attorney

Attorneys for Petitioner
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile

| 9/12/07 | /s/ Robert P. Brouillard |
|---|---|
| DATED | Robert Patrick Brouillard<br>Assistant United States Attorney<br>Attorney for Respondents<br>700 Stewart Street, Suite 5220<br>Seattle WA 98101<br>Phone: 206-553-7979<br>Fax: 206-553-4073<br>E-mail: Robert.Brouillard@usdoj.gov |

STIPULATION FOR EXTENSION OF TIME FOR
RESPONDENTS TO FILE RETURN AND
STATUS REPORT -- 2
(Raja Ahmed; C07-1219-RSM-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**