District Judge Ricardo S. Martinez
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJA AHMED,<br><br>        Petitioner,<br><br>  v.<br><br>PETER D. KEISLER,[1] Acting Attorney General, *et al.*,<br><br>        Respondents. | NO. C07-1219-RSM-MAT<br><br>THIRD STIPULATION FOR EXTENSION OF TIME FOR PETITIONER TO FILE RESPONSE TO RETURN AND MOTION TO DISMISS |

The parties having stipulated to an extension of time to December 3, 2007 for Petitioner's filing of his response to the Respondents' Return and Motion to Dismiss (Dkt. # 15),

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 14th day of November, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

---

[1] Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R. Civ. P. 25(d).

THIRD STIPULATION FOR EXT. OF TIME – 1
(Raja Ahmed; 07-cv-01219-RSM-MAT)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

Presented by:

 November 13, 2007
DATED

/s Jay W. Stansell
Jay W. Stansell, WSBA No. 18752
Assistant Federal Public Defender

Chris Kerkering, WSBA No. 31818
Staff Attorney

Attorneys for Petitioner
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile

 November 13, 2007
DATED

/s Robert Patrick Brouillard
Robert Patrick Brouillard, WSBA No. 19786
Assistant United States Attorney
Attorney for Respondents
700 Stewart Street, Suite 5220
Seattle WA 98101
Phone:  206-553-7979
Fax:  206-553-4073
E-mail:  Robert.Brouillard@usdoj.gov